COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
JUL 2 4 2007
CLERK, U.S. DISTRICT COURT
By _____ SLS
Deputy

UNITED STATES OF AMERICA      §
                              §
v.                            §
                              §   H07-740M
[REDACTED]                    §   FS 8-16-07
                              §
                              §   No. 3:06-CR-192-N
                              §   (Supersedes indictment filed
                              §    October 26, 2006)
                              §   (To be filed under seal)
                              §

▮▮▮▮▮▮▮▮▮▮▮▮ §
▮▮▮▮▮▮▮▮▮▮▮▮ §
▮▮▮▮▮▮▮▮▮▮▮▮ §
▮▮▮▮▮▮▮▮▮▮▮▮ §
PEDRO ELIZONDO (33) §
▮▮▮▮▮▮▮▮▮▮▮▮ §
▮▮▮▮▮▮▮▮▮▮▮▮ §

## SUPERSEDING INDICTMENT

The Grand Jury Charges:

**Count One**
Conspiracy to Possess with Intent to Distribute and Distribution
of a Controlled Substance
(Violation of 21 U.S.C. § 846)

Commencing on or about May 1, 2005, and continuing through July 15, 2007, in the Dallas Division of the Northern District of Texas and elsewhere, ▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Pedro Elizondo; ▮▮▮▮▮

defendants, did intentionally and knowingly combine, conspire, confederate, and agree

together and with each other, and with other persons known and unknown to the Grand Jury, to possess with intent to distribute and distribute more than five kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846, the penalty for which is found at 21 U.S.C. § 841(b)(1)(A).

## Count Two
### Money Laundering
(Violation of 18 U.S.C. §§ 1956 and 1957)

That beginning May 1, 2005, and continuing through July 15, 2007, in the Northern District of Texas and elsewhere, defendants ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇; Pedro Elizondo; ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ and others known and unknown to the Grand Jury, did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together, and with others known and unknown to the Grand Jury, to commit certain offenses under 18 U.S.C. §§ 1956 and 1957, as follows:

a) to conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, described below, which involved property which was the proceeds of specified unlawful activity, to wit, unlawful possession with intent to distribute a controlled substance, cocaine, with the intent to promote the carrying on of said specified unlawful activity in violation of 18 U.S.C. § 1956(a)(1)(A)(i); and



b) knowingly to engage, attempt to engage and cause and aid and abet others in engaging in monetary transactions in criminally derived property that was of a value greater than $10,000.00, in violation of 18 U.S.C. § 1957.

A violation of 18 U.S.C. § 1956(h), the penalty for which is found at 18 U.S.C. § 1956(a)(1), and a violation of 18 U.S.C. § 1957(a) and (d), the penalty for which is found at 18 U.S.C. § 1957(b).

AUG 16 2007 11:22 FR　　　　　　　　　　　　　　　　　　　TO CLK OF THE COURT P.08/12
APR-22-2000 08:89 FROM:DEA DALLAS PFFC 2143688999　Filed in TXSD on 08/16/07　TO:917136933416　P:9/13
Case 4:07-mj-00740　Document 1　　　　　　　　　　　　　　　　Page 6 of 10
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　NO.087　P.7/11

## Count Three
### Forfeiture Allegation
**[21 U.S.C. § 853(a); 18 U.S.C. § 982(a)(1)]**

Upon conviction for the offense alleged in Count One of this Indictment and pursuant to 21 U.S.C. § 853(a), defendants ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ Pedro Elizondo; ▬▬▬▬▬▬▬▬ shall forfeit to the United States of America any property constituting or derived from proceeds obtained, directly or indirectly, as a result of the offense and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

Upon conviction for the offense alleged in Count Two of this Indictment and pursuant to 18 U.S.C. § 982(a)(1), defendants ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

Pedro Elizondo; ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ shall forfeit to the United States of America any property involved in the offense and any property traceable to such property.

The above-referenced property includes, but is not limited to, the following:

1. The real property known as ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Texas, further described as ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, an addition to the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ according to the amended plat thereof recorded in ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ the map records of ▓▓▓▓▓▓▓▓, Texas.
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

2. The real property known as ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Texas, further described as ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ an addition to the City of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, according to the ▓▓▓▓ thereof recorded in ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Map Records, Dallas County, Texas.
▓▓▓▓▓▓▓▓▓▓▓▓▓▓

3. The real property on ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, listed by the ▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and legal description ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

4. The real property known as ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ further described as ▓▓▓▓▓▓▓▓▓▓▓▓▓ of revised ▓▓▓▓▓▓▓▓▓ and ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, an addition to the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, according to the map thereof recorded in ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ of the map records of ▓▓▓▓▓▓▓▓▓▓▓▓▓
[▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

5. The real property known as ▓▓▓▓▓▓▓▓▓▓ Texas, further described as ▓▓▓▓▓▓▓▓▓▓ and ▓▓▓▓▓▓▓▓▓▓ now situated in ▓▓▓▓▓▓▓▓▓▓ and being more particularly described by metes and bounds as follows, to-wit:

▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓

Jurisdiction:

▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓

hereof;

▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓

## Personal Property

1. ▓▓▓▓▓▓▓▓▓▓
2. ▓▓▓▓▓▓▓▓▓▓
3. ▓▓▓▓▓▓▓▓▓▓
4. ▓▓▓▓▓▓▓▓▓▓
5. ▓▓▓▓▓▓▓▓▓▓
6. ▓▓▓▓▓▓▓▓▓▓

7. ███████████████████████
   ███████████████

8. ███████████████████████
   ████████████

9. ███████████████████████
   ████████████

10. ██████████████████████
    ████████████

11. ██████████████████████
    █████████████

12. ██████████████████████
    ██████████████

13. ████████████████████
    ██████████

14. ████████████████████
    ████████████

15. ██████████████
    █████████████

16. ██████████████████████
    ████████████████████████

17. ██████████████████████
    ██████████████████████

18. ██████████████████████
    ██████████████████████

A TRUE BILL

_/s/ Huey Precise_
FOREPERSON

RICHARD B. ROPER
UNITED STATES ATTORNEY

_/s/ Daniel D. Guess_
DANIEL D. GUESS
Assistant United States Attorney
Texas State Bar No. 0078923
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214.659.8713
Facsimile: 214.659.8804